UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

ANTHONY FRANK ANGELI, JR.

Defendant

Docket No. 3:17-CR-257

## INDICTMENT

THE GRAND JURY CHARGES:

FILED
SCRANTON
AUG 29, 2017
PER _____
DEPUTY CLERK

### COUNT 1

STALKING
[18 U.S.C. § 2261A]

From on or about July 7, 2017 and continuing through on or about August 14, 2017, the defendant,

ANTHONY FRANK ANGELI, JR

with the intent to harass and intimidate another person, and to place under surveillance with intent to harass and intimidate another person, used the mail, an interactive computer service, an electronic communication service and an electronic communication system of interstate commerce to engage in a course of conduct that caused, attempted to cause and would reasonably be expected to cause

substantial emotional distress to that person.   The defendant committed the crime of stalking in violation of a temporary civil no-contact order.

In violation of Title 18, United States Code, Sections 2261A(2)(B).

A TRUE BILL



BRUCE D. BRANDLER
UNITED STATES ATTORNEY

Dated: 8-29-17

Jenny P. Roberts
Jenny P. Roberts
Assistant United States Attorney