# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CASE NO. 3:17-CR-257** |
| | : | |
| v. | : | (JUDGE MANNION) |
| | : | |
| **ANTHONY FRANK ANGELI, JR.** | : | |
| | : | |
| **Defendant** | : | |

## O R D E R

In accordance with the accompanying memorandum issued this same day, **IT IS HEREBY ORDERED THAT** the defendant's motion for a bill of particulars pursuant to Federal Rule of Criminal Procedure 7(f), (Doc. 11), is **DENIED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: October 13, 2017**

O:\Mannion\shared\MEMORANDA - DJ\CRIMINAL MEMORANDA\2017 CRIMINAL MEMORANDA\17-257-01-Order.docx