UNITED STATES OF AMERICA
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| V. | : CRIMINAL NO. 3:17-257 |
| ANTHONY FRANK ANGELI | : (Judge Mannion) |
| Defendant | : |

### MOTION TO WITHDRAW PLEA

NOW, this ___8___ day of ___Feb___, 2018, Anthony Frank Angeli, Defendant in the above-captioned matter, after consultation and assistance of his counsel, hereby moves the Court to withdraw his previously entered plea of not guilty and to enter a plea of guilty to the Indictment.

_____
ANTHONY FRANK ANGELI
Defendant

### ORDER

NOW, this ___8___ day of ___Feby___ 2018, the defendant's Motion To Withdraw his previously entered Plea of Not Guilty to the Indictment is granted.

_____
United States District Court

### PLEA

Now, this ___8___ day of ___Feb___, 2018, the above-named Defendant, Anthony Frank Angeli, hereby withdraws his previously entered plea of not guilty and pleads guilty to the Indictment.

_____
ANTHONY FRANK ANGELI
Defendant