# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v** | : | **3:CR-17-257** |
| **ANTHONY FRANK ANGELI, JR.** | : | **(Judge Mannion)** |
| | : | |
| **Defendant** | | |

## O R D E R

A hearing will be held on **Tuesday, June 5, 2018 at 2:00 p.m.** regarding the defendant's request for appointment of court appointed counsel. The defendant and all counsel shall be present.

*s/Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated: May 15, 2018

O:\Mannion\shared\ORDERS - DJ\CRIMINAL ORDERS\2017 CRIMINAL ORDERS\17-257-07.wpd