**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | Docket No. 3:17-CR-257 |
| v. | : | |
| | : | (Mannion, J.) |
| ANTHONY FRANK ANGELI, JR. | : | |
| | : | |
| Defendant | : | |

___

**CERTIFICATE OF CONCURRENCE**

NOW, this 23rd day of May, 2018, at approximately 2:30 P.M. undersigned counsel spoke with Assistant U.S. Attorney Jenny P. Roberts and she indicated that she DOES NOT OBJECT to Attorney Ernest D. Preate, Jr.'s Motion to Withdraw as Counsel for Defendant, Anthony Frank Angeli, Jr.


Date:   May 23, 2018                                          */S/Ernest D. Preate, Jr., Esquire*
                                                              Ernest D. Preate, Jr., Esquire